**Deny Writ and Opinion Filed October 11, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01338-CV

## IN RE NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, ET AL., Relators

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-00351**

## MEMORANDUM OPINION

Before Justices Bridges, Francis, and Lewis
Opinion by Justice Francis

Relators contend the trial judge erred by denying their motion to stay. The facts and issues are well known to the parties, so we need not recount them herein. We conclude relators' petition does not satisfy the requirements of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 52.3(j); *In re Butler*, 270 S.W.3d 757, 758 (Tex. App.–Dallas 2008, orig. proceeding). Accordingly, we **DENY** relators' petition for writ of mandamus.

/Molly Francis/
MOLLY FRANCIS
JUSTICE

131338F.P05